Sarai L. Thornton (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

*Attorney for Defendant Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| INNOCENT NGWA,<br><br>        Plaintiff,<br><br>v.<br><br>TRANSUNION LLC,<br><br>        Defendant. | Case No. 2:24-cv-00285-RFB-MDC<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE OF TRANS UNION, LLC** |

Plaintiff Innocent Ngwa, and Defendant Trans Union LLC ("Trans Union") file this Stipulation and Order of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Innocent Ngwa and Trans Union, LLC to be determined by this Court. Plaintiff and Trans Union, LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union are hereby dismissed with prejudice, with court costs to be paid by the party incurring **the** same.

Dated this 6th day of December, 2024.

*/s/* Sarai L. Thornton
Sarai L. Thornton (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax: (702) 363-2534
***Counsel for Defendant Trans Union LLC***

*/s/* Innocent Ngwa

Innocent Ngwa
ingwa16227@gmail.com
1813 Pinsky Ln.
Las Vegas, NV 89032
***Pro Se Plaintiff***

1

**IT IS SO ORDERED**

**DATED:** December 9, 2024



_____
**HONORABLE RICHARD F. BOULWARE, II**
**UNITED STATE DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December 2024, I filed STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE OF TRANS UNION, LLC with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

None.

I hereby certify that I have mailed by United States Postal Service and sent via email the above and foregoing document to the following non-CM/ECF participants:

Innocent Ngwa
innocentngwa333@yahoo.co.uk
1813 Pinsky Lane
North Las Vegas, NV 89032
(240) 462-2637
*Pro Se Plaintiff*

/s/ Pouneh Porooshani
_____
An employee of SKANE MILLS LLP

3